IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA,<br>By and through its Attorney General, JEFF<br>LANDRY, et al.,<br>　　　　　　　　　　　　　　PLAINTIFFS,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity<br>as President of the United States; et al.,<br>　　　　　　　　　　　　　　DEFENDANTS. | CIVIL ACTION NO. 2:21-CV-1074-JDC-KK |

**MOTION FOR PRELIMINARY INJUNCTION**

The States of Louisiana, Alabama, Florida, Georgia, Kentucky, Mississippi, South Dakota, Texas, West Virginia, and Wyoming (collectively "Plaintiff States") respectfully move this Court for an order under Rule 65 of the Federal Rules of Civil Procedure granting a preliminary injunction, with expedited consideration, in their favor against the named Defendants in their official capacities. As explained in the Complaint and attached Memorandum, Defendants have violated the Administrative Procedure Act, Energy Policy and Conservation Act, Clean Air Act, National Environmental Policy Act, Mineral Leasing Act, and Outer Continental Shelf Lands Act by promulgating and implementing the SC-GHG Estimates. Defendants have also acted beyond any authority granted by Congress, which has never authorized the Executive to base regulatory policy upon global considerations.

This Motion is made on the grounds specified in this Motion; the Complaint; the accompanying Memorandum of Law; the exhibits attached to the Complaint and to this Motion; the supporting declarations of Joseph St. John, David Dismukes, and Anne Smith; all matters of which this Court may take judicial notice; and on such other and further oral or documentary evidence as may be presented to the Court. Plaintiff States are substantially likely to prevail on the merits of their claims and preliminary injunctive relief is necessary to avoid imminent and substantial injuries to their

sovereign, quasi-sovereign, and proprietary interests. And the public interest and balance of harms favor an order compelling Defendants to follow the law.

For these reasons and those explained in the accompanying memorandum, Plaintiff States respectfully request a preliminary injunction ordering Defendants to disregard the SC-GHG Estimates and prohibiting them from adopting, employing, treating as binding, or relying upon the work product of the Interagency Working Group. Plaintiff States also ask the Court to preliminarily enjoin Defendants from independently relying upon the IWG's illegal methodology considering global effects, artificially low discount rates, and arbitrary time horizons. Finally, Plaintiff States ask the Court to order the Defendants to return to the longstanding guidance of Circular A-4 in conducting regulatory analysis.

| | |
|---|---|
| Dated: July 27, 2021 | Respectfully submitted, |
| | **JEFF LANDRY** |
| TYLER R. GREEN | **ATTORNEY GENERAL OF LOUISIANA** |
| DANIEL SHAPIRO | |
| CONSOVOY MCCARTHY PLLC | /s/ Elizabeth B. Murrill |
| 222 S. Main Street, 5th Floor | |
| Salt Lake City, UT 84101 | ELIZABETH B. MURRILL |
| (703) 243-9423 | Solicitor General |
| | JOSEPH S. ST. JOHN |
| | Deputy Solicitor General |
| | LOUISIANA DEPARTMENT OF JUSTICE |
| | 1885 N. Third Street |
| | Baton Rouge, LA 70804 |
| | Tel: (225) 326-6766 |
| | murrille@ag.louisiana.gov |
| | stjohnj@ag.louisiana.gov |
| OTHER COUNSEL: | *Counsel for Plaintiff States* |
| STEVE MARSHALL | |
| Attorney General of Alabama | |
| Edmund G. LaCour Jr.* | |
| Solicitor General | |
| Office of the Alabama Attorney General | |
| 501 Washington Avenue | |
| Montgomery, AL 36130 | |
| Tel: (334) 353-2196 | |
| Fax: (334) 353-8400 | |
| Edmund.LaCourt@AlabamaAg.gov | |
| *Counsel for the State of Alabama* | |
| | |
| ASHLEY MOODY | |
| Attorney General of Florida | |
| Rachel Siegel* | |
| Deputy Solicitor General | |
| Office of the Attorney General | |
| The Capitol, PL-01 | |
| Tallahassee, Florida 32399 | |
| Tel: (850) 414-3300 | |
| Fax: (850) 410-2672 | |
| rachel.siegel@myfloridalegal.com | |
| *Counsel for the State of Florida* | |

CHRISTOPHER M. CARR
  Attorney General of Georgia
Andrew A. Pinson*
  Solicitor General
Office of the Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3409
apinson@law.ga.gov
*Counsel for the State of Georgia*

DANIEL CAMERON
  Attorney General of Kentucky
Marc Manley**
  Assistant Attorney General
Victor Maddox**
  Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5330
Marc.Manley@ky.gov
Victor.Maddox@ky.gov
*Counsel for the State of Kentucky*

LYNN FITCH
  Attorney General of Mississippi
Justin L. Matheny*
  Assistant Solicitor General
State of Mississippi
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
Tel: (601) 359-3680
*Counsel for the State of Mississippi*

Katie Hruska*
  Special Assistant Attorney General and
  Deputy General Counsel to South Dakota
  Governor Kristi Noem
Mark Miller**
  General Counsel to South Dakota Governor
  Kristi Noem
500 East Capitol Avenue
Pierre, South Dakota 57501-5070
Mark.Miller@state.sd.us
*Counsel for the State of South Dakota*

KEN PAXTON
  Attorney General of Texas
Brent Webster
  First Assistant Attorney General
Judd E. Stone II*
  Solicitor General
Patrick Sweeten*
  Deputy Attorney General
Office of the Attorney General
P.O. Box 12548 (MC 009)
Austin, Texas 78711-2548
Tel.: (512) 463-4139
Fax: (512) 474-2697
Patrick.Sweeten@oag.texas.gov
Judd.Stone@oag.texas.gov
*Counsel for the State of Texas*

PATRICK MORRISEY
  West Virginia Attorney General
Lindsay S. See*
  Solicitor General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Lindsay.s.see@wvago.gov
*Counsel for the State of West Virginia*

BRIDGET HILL
  Attorney General of Wyoming
James Kaste*
  Deputy Attorney General
Travis Jordan*
  Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov
travis.jordan@wyo.gov

*\*Admitted Pro Hac Vice*
*\*\*Motion for Pro Hac Vice admission forthcoming*