# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General JEFF LANDRY, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; *et al*, <br><br> Defendants. | No. 2:21-cv-1074-JDC-KK <br><br> **DECLARATION OF** <br><br> **JOSEPH S. ST. JOHN** |

## DECLARATION OF ATTORNEY JOSEPH S. ST. JOHN

1.  I am counsel for Plaintiff State of Louisiana in the above-captioned litigation. I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. This declaration is based on my personal knowledge, and I could competently testify to its contents if called to do so.

2.  Attached as Exhibit 1 is a true and accurate copy of Executive Order 12,866 of Sept. 30, 1993, as obtained from archives.gov.[1]

3.  Attached as Exhibit 2 is a true and accurate copy of Guidelines for Ensuring and Maximizing the Quality, Objectivity, Utility, and Integrity of Information Disseminated by Federal Agencies, 67 Fed. Reg. 8,452 (Feb. 22, 2002).[2]

---

[1] https://www.archives.gov/files/federal-register/executive-orders/pdf/12866.pdf
[2] https://www.federalregister.gov/documents/2002/02/22/R2-59/guidelines-for-ensuring-and-maximizing-the-quality-objectivity-utility-and-integrity-of-information

1

4. Attached as Exhibit 3 is a true and accurate copy of a Federal Register notice, Draft 2003 Report to Congress on the Costs and Benefits of Federal Regulations, 68 Fed. Reg. 5,492 (Feb. 3, 2003).[3]

5. Attached as Exhibit 4 is a true and accurate copy of a Federal Register notice, Circular A-4, Regulatory Analysis, 68 Fed. Reg. 58,366 (Oct. 9, 2003).[4]

6. Attached as Exhibit 5 is a true and accurate copy of "Circular A-4" as obtained from whitehouse.gov.[5]

7. Attached as Exhibit 6 is a true and accurate copy of "Technical Support Document: - Social Cost of Carbon for Regulatory Impact Analysis – Under Executive Order 12866" (Feb. 2010) as obtained from epa.gov.[6]

8. Attached as Exhibit 7 is a true and accurate copy of a Comment on "The Office of Management and Budget's Draft 2010 Report to Congress on the Benefits and Costs of Federal Regulations" as obtained from archives.gov.[7]

9. Attached as Exhibit 8 is a true and accurate copy of a Petition for Correction as obtained from uschamber.com.[8]

10. Attached as Exhibit 9 is a true and accurate copy of "Technical Support Document: - Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis – Under Executive Order 12866" (May 2013, Rev. Nov. 2013) as obtained from archives.gov.[9]

---

[3] https://www.federalregister.gov/documents/2003/02/03/03-2542/draft-2003-report-to-congress-on-the-costs-and-benefits-of-federal-regulations
[4] https://www.federalregister.gov/documents/2003/10/09/03-25606/circular-a-4-regulatory-analysis
[5] https://www.whitehouse.gov/sites/whitehouse.gov/files/omb/circulars/A4/a-4.pdf
[6] https://www.epa.gov/sites/production/files/2016-12/documents/scc_tsd_2010.pdf
[7] https://obamawhitehouse.archives.gov/sites/default/files/omb/inforeg/2010_cb/OMB-2010-0008-DRAFT-0012-1.pdf
[8] https://www.uschamber.com/sites/default/files/9.4.13-_iqa_petition_for_correction_on_social_cost_of_carbon.pdf
[9] https://obamawhitehouse.archives.gov/sites/default/files/omb/assets/inforeg/technical-update-social-cost-of-carbon-for-regulator-impact-analysis.pdf

11. Attached as Exhibit 10 is a true and accurate copy of a comment as obtained from mercatus.org.[10]

12. Attached as Exhibit 11 is a true and accurate copy of Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order No. 12866, 78 Fed. Reg. 70586 (Nov. 26, 2013).[11]

13. Attached as Exhibit 12 is a true and accurate copy of Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order No. 12866, 79 Fed. Reg. 4,359 (Jan. 27, 2014).[12]

14. Attached as Exhibit 13 is a true and accurate copy of Energy Conservation Program: Energy Conservation Standards for Walk-In Coolers and Freezers, 79 Fed. Reg. 32,050 (June 3, 2014).[13]

15. Attached as Exhibit 14 is a true and accurate copy of GAO-14-663, "Regulatory Impact Analysis – Development of Social Cost of Carbon Estimates" (July 2014) as obtained from gao.gov.[14]

16. Attached as Exhibit 15 is a true and accurate copy of "Response to Comments: Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866" (July 2015) as obtained from archives.gov.[15]

---

[10] https://www.mercatus.org/system/files/Public-Interest-Comment_Energy-Conservation-Standards-for-Commercial-Refrigeration-Equipment.pdf
[11] https://www.federalregister.gov/documents/2013/11/26/2013-28242/technical-support-document-technical-update-of-the-social-cost-of-carbon-for-regulatory-impact
[12] https://www.federalregister.gov/documents/2014/01/27/2014-01605/technical-support-document-technical-update-of-the-social-cost-of-carbon-for-regulatory-impact
[13] https://www.federalregister.gov/documents/2014/06/03/2014-11489/energy-conservation-program-energy-conservation-standards-for-walk-in-coolers-and-freezers
[14] https://www.gao.gov/assets/gao-14-663.pdf
[15] https://obamawhitehouse.archives.gov/sites/default/files/omb/inforeg/scc-response-to-comments-final-july-2015.pdf

17. Attached as Exhibit 16 is a true and accurate copy of "Technical Support Document: - Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis – Under Executive Order 12866" (May 2013, Rev. July 2015) as obtained from archives.gov.[16]

18. Attached as Exhibit 17 is a true and accurate copy of "Technical Support Document: - Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis – Under Executive Order 12866" (Aug. 2016) as obtained from epa.gov.[17]

19. Attached as Exhibit 18 is a true and accurate copy of Executive Order 13,783 of March 28, 2017, 82 Fed. Reg. 16,093 (Mar. 31, 2017).[18]

20. Attached as Exhibit 19 is a true and accurate copy of "Regulatory Impact Analysis for the Review of the Clean Power Plan: Proposal" (Oct. 2017) as obtained from regulations.gov.[19]

21. Attached as Exhibit 20 is a true and accurate copy of Decision Record, WY-060-EA13-147 (Nov. 2017) as obtained from blm.gov.[20]

22. Attached as Exhibit 21 is a true and accurate copy of "Regulatory Impact Analysis for the Proposed Emission Guidelines for Greenhouse Gas Emissions from Existing Electric Utility Generating Units; Revisions to Emission Guideline Implementing Regulations; Revisions to New Source Review Program" (Aug. 2018) as obtained from epa.gov.[21]

23. Attached as Exhibit 22 is a true and accurate copy of "Attaching a Price to Greenhouse Gas Emissions with a Carbon Tax or Emissions Fee: Considerations and Potential Impacts" (Mar. 22, 2019) as obtained from crsreports.congress.gov.[22]

---

[16] https://obamawhitehouse.archives.gov/sites/default/files/omb/inforeg/scc-tsd-final-july-2015.pdf
[17] https://www.epa.gov/sites/default/files/2016-12/documents/sc_co2_tsd_august_2016.pdf
[18] https://www.federalregister.gov/documents/2017/03/31/2017-06576/promoting-energy-independence-and-economic-growth
[19] https://www.regulations.gov/document/EPA-HQ-OAR-2017-0355-0110
[20] https://eplanning.blm.gov/public_projects/nepa/67029/130076/158177/DR_signed.pdf
[21] https://www.epa.gov/sites/default/files/2018-08/documents/utilities_ria_proposed_ace_2018-08.pdf
[22] https://crsreports.congress.gov/product/pdf/R/R45625

24. Attached as Exhibit 23 is a true and accurate copy of "Regulatory Impact Analysis for the Repeal of the Clean Power Plan, and the Emission Guidelines for Greenhouse Gas Emissions from Existing Electric Utility Generating Units" (June 2019) as obtained from epa.gov.[23]

25. Attached as Exhibit 24 is a true and accurate copy of GAO-20-254, "Social Cost of Carbon: Identifying a Federal Entity to Address the National Academies' Recommendations Could Strengthen Regulatory Analysis" (June 2020) as obtained from gao.gov.[24]

26. Attached as Exhibit 25 is a true and accurate copy of Update to the Regulations Implementing the Procedural Provisions of the National Environmental Policy Act, 85 Fed. Reg. 43, 304 (July 16, 2020).[25]

27. Attached as Exhibit 26 is a true and accurate copy of Executive Order 13,990 of January 20, 2021, 86 Fed. Reg. 7,037 (Jan. 25, 2021).[26]

28. Attached as Exhibit 27 is a true and accurate copy of "Technical Support Document: Social Cost of Carbon, Methane, and Nitrous Oxide Interim Estimates under Executive Order 13990" (Feb. 2021) as obtained from whitehouse.gov.[27]

29. Attached as Exhibit 28 is a true and accurate copy of Order No. 3399 (Apr. 16, 2021) as obtained from doi.gov.[28]

30. Attached as Exhibit 29 is a true and accurate copy of Revised Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS, 86 Fed. Reg. 23,054 (Apr. 30, 2021). [29]

---

[23] https://www.epa.gov/sites/default/files/2019-06/documents/utilities_ria_final_cpp_repeal_and_ace_2019-06.pdf
[24] https://www.gao.gov/assets/gao-20-254.pdf
[25] https://www.federalregister.gov/documents/2020/07/16/2020-15179/update-to-the-regulations-implementing-the-procedural-provisions-of-the-national-environmental
[26] https://www.federalregister.gov/documents/2021/01/25/2021-01765/protecting-public-health-and-the-environment-and-restoring-science-to-tackle-the-climate-crisis
[27] https://www.whitehouse.gov/wp-content/uploads/2021/02/TechnicalSupportDocument_SocialCostofCarbonMethaneNitrousOxide.pdf
[28] https://www.doi.gov/sites/doi.gov/files/elips/documents/so-3399-508_0.pdf
[29] https://www.federalregister.gov/documents/2021/04/30/2021-05705/revised-cross-state-air-pollution-rule-update-for-the-2008-ozone-naaqs

31. Attached as Exhibit 30 is a true and accurate printout of https://www.eia.gov/state/print.php?sid=LA as of July 23, 2021.

32. Attached as Exhibit 31 is a true and accurate printout of https://www.eia.gov/state/print.php?sid=AL as of July 23, 2021.

33. Attached as Exhibit 32 is a true and accurate printout of https://www.eia.gov/tools/faqs/faq.php?id=69&t=2 as of July 23, 2021.

34. Attached as Exhibit 33 is a true and accurate printout of https://www.eia.gov/state/print.php?sid=FL as of July 23, 2021.

35. Attached as Exhibit 34 is a true and accurate printout of https://www.eia.gov/state/print.php?sid=GA as of July 23, 2021.

36. Attached as Exhibit 35 is a true and accurate printout of https://www.eia.gov/state/print.php?sid=MS as of July 23, 2021.

37. Attached as Exhibit 36 is a true and accurate printout of https://www.eia.gov/state/print.php?sid=SD as of July 23, 2021.

38. Attached as Exhibit 37 is a true and accurate printout of https://www.eia.gov/state/print.php?sid=TX as of July 23, 2021.

39. Attached as Exhibit 38 is a true and accurate printout of https://www.eia.gov/state/print.php?sid=WV as of July 23, 2021.

40. Attached as Exhibit 39 is a true and accurate printout of https://www.eia.gov/state/print.php?sid=WY as of July 23, 2021.

41. Attached as Exhibit 40 is a true and accurate copy of Cong. Research Serv., Cost-Benefit and Other Analysis Requirements in the Rulemaking Process (Dec. 9, 2014) as obtained from fas.org.[30]

---

[30] https://fas.org/sgp/crs/misc/R41974.pdf.

42. Attached as Exhibit 41 is a true and accurate copy of Cong. Research Serv., Social Costs of Carbon/Greenhouse Gases: Issues for Congress, IF 10625 (Sept. 24, 2017) as obtained from crsreports.congress.gov.[31]

43. Attached as Exhibit 42 is a true and accurate printout of https://www.epa.gov/ghgemissions/overview-greenhouse-gases.

44. Attached as Exhibit 43 is a true and accurate copy of See Kevin D. Dayaratna & David W. Kreutzer, Loaded DICE: An EPA Model Not Ready for the Big Game, Heritage Foundation Backgrounder No. 2860 (Nov. 21, 2013) as obtained from http://thf_media.s3.amazonaws.com/2013/pdf/BG2860.pdf.

45. Attached as Exhibit 44 is a true and accurate copy of Cong. Research Serv., R44657, Federal Citations to the Social Cost of Greenhouse Gases (Mar. 21, 2017) as obtained from fas.org.[32]

46. Attached as Exhibit 45 is a true and accurate copy of Susan E. Dudley et al., The Office of Management and Budget's Draft 2010 Report to Congress on the Benefits and Costs of Federal Regulations as obtained from https://obamawhitehouse.archives.gov/sites/default/files/omb/inforeg/2010_cb/OMB-2010-0008-DRAFT-0012-1.pdf.

47. Attached as Exhibit 46 is a true and accurate copy of Kate C. Shouse, Cong. Research Serv., EPA's Proposal to Repeal the Clean Power Plan: Benefits and Costs, at 9 (Feb. 28, 2018) as obtained from fas.org.[33]

48. Exhibit 47 is intentionally omitted.

---

[31] https://crsreports.congress.gov/product/details?prodcode=IF10625.
[32] https://fas.org/sgp/crs/misc/R44657.pdf.
[33] https://fas.org/sgp/crs/misc/R45119.pdf.

49. Attached as Exhibit 48 is a true and accurate copy of Comment on the Use of the Social Cost of Carbon (c6, c7), FERC NOI, Docket Number PL 18-1-000 C available from ago.mo.gov.[34]

50. Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF LOUISIANA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in New Orleans, Louisiana, this 27th day of July 2021.

/s/ Joseph Scott St. John

---

[34] https://ago.mo.gov/docs/default-source/press-releases/multistate-comment.pdf?sfvrsn=1590f1d4_2.