UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-01074** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSEPH R. BIDEN JR., ET AL** | **MAGISTRATE JUDGE KAY** |

### ORDER

Before the Court is a "Motion for Preliminary Injunction" (Doc.53) filed by Plaintiffs, the States of Louisiana, Alabama, Florida, Georgia, Kentucky, Mississippi, South Dakota, Texas, West Virginia, and Wyoming (collectively referred to as "Plaintiff States") who move the Court for an order under Rule 65 of the Federal Rules of Civil Procedure to grant a preliminary injunction, with expedited consideration. Also before the Court is "Plaintiffs' Consent Motion for a Page Extension" (Doc. 54). Accordingly,

**IT IS ORDERED** that the Motion to Expedite is **GRANTED;**

**IT IS FURTHER ORDERED** that Defendants file a response to the Motion for Preliminary Injunction no later than August 17, 2021, and Plaintiff States file a reply to the response no later than August 27, 2021;

**IT IS FURTHER ORDERED** that Plaintiff States' Motion for a Page Extension is **GRANTED;**

**IT IS FURTHER ORDERED** that a hearing on the Motion for Preliminary Injunction is SET for **September 16, 2021, at 1:30 p.m. at the Lafayette Federal Courthouse, Courtroom #4.**

**THUS DONE AND SIGNED** in Chambers on this 29th day of July, 2021.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**