UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-01074** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

### ORDER

Before the Court is "Defendants' Motion to Extend the Time and Page Limits for their Opposition to Plaintiffs' Motion for A Preliminary Injunction" (Doc. 64) wherein Defendants request leave to file a 48 page opposition on or before September 22, 2021,[1] and continue the hearing on the motion for preliminary injunction currently set for September 16, 2021. This Court recently found good grounds for granting Plaintiffs' Motion to Expedite and are inclined to remain steadfast with the deadlines previously set concerning Plaintiffs' Motion for Preliminary Injunction. Be that as it may, the Court will grant Plaintiff's motion in part. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Continue the hearing set for September 16, 2021 is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' Motion for an Extension of Time to file their response is granted in part; Defendants shall file their response to the Motion for Preliminary Injunction no later than September 1, 2021; Plaintiffs shall file their reply no later than September 10, 2021;

---

[1] Defendants' brief is currently due August 17, 2021.

**IT IS FURTHER ORDERED** that Defendants' Motion for Leave to File Excess Pages (48 pages) is **GRANTED.**

**THUS DONE AND SIGNED** in Chambers on this 6th day of August, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE