IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA,<br>By and through its Attorney General, JEFF LANDRY, et al.,<br>　　　　　　　　　　　　　PLAINTIFFS,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; et al.,<br>　　　　　　　　　　　　　DEFENDANTS. | CIVIL ACTION NO. 2:21-CV-1074-JDC-KK |

**PLAINTIFF STATES' RESPONSE TO DEFENDANTS' MOTION TO CLARIFY NATURE OF UPCOMING HEARING AND FOR HEARING TO BE CONDUCTED REMOTELY**

Plaintiff States respectfully submit the following response to Defendants' Motion to Clarify Nature of Upcoming Hearing and for Hearing to Be Conducted Remotely (ECF 70).

(1)　Plaintiff States do not oppose clarification of whether jurisdictional issues will be addressed at the preliminary injunction hearing. But Plaintiff States respectfully request that if the Court clarifies that standing issues will be addressed at the preliminary injunction hearing, the Court also clarify that the order of presentation for all issues remains Plaintiff States opening, Defendants responding, and Plaintiff States rebutting.

(2)　Plaintiff States oppose conducting the preliminary injunction hearing remotely.

(a) Defendants' request for remote hearing breaks from recent U.S. D.O.J. practice. On August 24, 2021, undersigned counsel argued against a Washington-based U.S. D.O.J. attorney in a relatively routine APA matter in the Eastern District of Louisiana. The argument was held in-person without any issue being raised by U.S. D.O.J.

(b) In contrast to the August 24 matter, this case presents a matter of extreme importance to multiple sovereign States as Plaintiffs, all of whom respectfully submit that the President of the United States, senior federal executive officials, and federal executive agencies are

acting ultra vires and contrary to law. The seriousness of this matter suggests an in-person hearing is appropriate, if possible.

(c) This Court has taken measures to protect counsel and the public from COVID-19.[1] If travel and in-person argument by Washington-based U.S. D.O.J. lawyers is truly a concern, U.S. D.O.J. can assign argument in this matter to the capable attorneys of the U.S. Attorney's Office for the Western District of Louisiana.

---

[1] *See, e.g.*, Seventeenth Supplemental Order Regarding Court Operations (Sept. 3, 2021).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 7, 2021 | /s/ Joseph S. St. John |
| TYLER R. GREEN<br>DANIEL SHAPIRO<br>CONSOVOY MCCARTHY PLLC<br>222 S. Main Street, 5th Floor<br>Salt Lake City, UT 84101<br>(703) 243-9423 | JEFF LANDRY<br>Attorney General<br>ELIZABETH B. MURRILL<br>  Solicitor General<br>JOSEPH S. ST. JOHN<br>  Deputy Solicitor General<br>LOUISIANA DEPARTMENT OF JUSTICE<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov |
|  | *Counsel for Plaintiff States* |

OTHER COUNSEL:

STEVE MARSHALL
  Attorney General of Alabama
Edmund G. LaCour Jr.*
  Solicitor General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Tel: (334) 353-2196
Fax: (334) 353-8400
Edmund.LaCourt@AlabamaAg.gov
*Counsel for the State of Alabama*

ASHLEY MOODY
  Attorney General of Florida
Rachel Siegel*
  Deputy Solicitor General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
Tel: (850) 414-3300
Fax: (850) 410-2672
rachel.siegel@myfloridalegal.com
*Counsel for the State of Florida*

CHRISTOPHER M. CARR
  Attorney General of Georgia
Andrew A. Pinson*
  Solicitor General
Office of the Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3409
apinson@law.ga.gov
*Counsel for the State of Georgia*

DANIEL CAMERON
  Attorney General of Kentucky
S. Chad Meredith
  Solicitor General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5330

LYNN FITCH
  Attorney General of Mississippi
Justin L. Matheny*
  Assistant Solicitor General
State of Mississippi
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
Tel: (601) 359-3680
*Counsel for the State of Mississippi*

Mark Miller*
  General Counsel to South Dakota Governor
Kriski Noem
500 East Capitol Avenue
Pierre, South Dakota 57501-5070
Mark.Miller@state.sd.us
*Counsel for the State of South Dakota*

KEN PAXTON
  Attorney General of Texas
Brent Webster
  First Assistant Attorney General
Judd E. Stone II*
  Solicitor General
Patrick Sweeten*
  Deputy Attorney General
Office of the Attorney General
P.O. Box 12548 (MC 009)
Austin, Texas 78711-2548
Tel.: (512) 463-4139
Fax: (512) 474-2697
Patrick.Sweeten@oag.texas.gov
Judd.Stone@oag.texas.gov
*Counsel for the State of Texas*

PATRICK MORRISEY
  West Virginia Attorney General
Lindsay S. See*
  Solicitor General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Lindsay.s.see@wvago.gov
*Counsel for the State of West Virginia*

BRIDGET HILL
  Attorney General of Wyoming
James Kaste*
  Deputy Attorney General
Travis Jordan*
  Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov
travis.jordan@wyo.gov

**Admitted Pro Hac Vice*