## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY, et al.,

PLAINTIFFS,

v.

JOSEPH R. BIDEN, JR., in his official capacity
as President of the United States; et al.,

DEFENDANTS.

CIV. NO. 2:21-CV-1074-JDC-KK

### PLAINTIFF STATES' CONSENT MOTION TO RESET HEARING

Plaintiff States respectfully move to reset the preliminary injunction hearing in this case to December 7, 2021. In support thereof, Plaintiff States represent as follows:

1.      On September 9, 2021, the Court reset the September 16, 2021, oral argument on Plaintiff States' Motion for a Preliminary Injunction to December 2, 2021.

2.      Undersigned counsel Joseph St. John is arguing counsel for Plaintiff States and has an immovable conflict on December 2, 2021, to whit: Mrs. St. John is due to deliver a baby on December 2, 2021.

3.      Undersigned counsel Joseph St. John was responsible for developing the factual and expert support for the preliminary injunction motion, such that substitution of a different arguing counsel would be a significant burden on Plaintiff States.

4.      Undersigned counsel contacted chambers and was informed December 7, 2021, is available for oral argument.

5.      Counsel for Defendants consents to resetting oral argument to December 7, 2021.

WHEREFORE, for good cause shown, Plaintiff States respectfully move to reset oral argument on their Motion for a Preliminary Injunction to December 7, 2021.

A proposed order is attached.

Dated: September 20, 2021

TYLER R. GREEN
DANIEL SHAPIRO
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423

Respectfully submitted,

**JEFF LANDRY**
  **ATTORNEY GENERAL OF LOUISIANA**

 */s/   Joseph S. St. John*

ELIZABETH B. MURRILL
  Solicitor General
JOSEPH S. ST. JOHN
  Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70802
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff States*

OTHER COUNSEL:

STEVE MARSHALL
  Attorney General of Alabama
Edmund G. LaCour Jr.*
  Solicitor General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Tel: (334) 353-2196
Fax: (334) 353-8400
Edmund.LaCourt@AlabamaAg.gov
*Counsel for the State of Alabama*

ASHLEY MOODY
  Attorney General of Florida
Rachel Siegel*
  Deputy Solicitor General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
Tel: (850) 414-3300
Fax: (850) 410-2672
rachel.siegel@myfloridalegal.com
*Counsel for the State of Florida*

CHRISTOPHER M. CARR
   Attorney General of Georgia
Andrew A. Pinson*
   Solicitor General
Office of the Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3409
apinson@law.ga.gov
*Counsel for the State of Georgia*

DANIEL CAMERON
   Attorney General of Kentucky
Marc Manley*
   Assistant Attorney General
Victor Maddox*
   Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5330
Marc.Manley@ky.gov
Victor.Maddox@ky.gov
*Counsel for the State of Kentucky*

LYNN FITCH
   Attorney General of Mississippi
Justin L. Matheny*
   Assistant Solicitor General
State of Mississippi
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
Tel: (601) 359-3680
*Counsel for the State of Mississippi*

Mark Miller*
   General Counsel to South Dakota Governor
Katie Hruska*
   Deputy General Counsel
Office of the Governor-Kristi Noem
500 East Capitol Avenue
Pierre, South Dakota 57501-5070
Mark.Miller@state.sd.us
*Counsel for the State of South Dakota*

KEN PAXTON
  Attorney General of Texas
Eric Hudson*
  Special Counsel
Office of the Attorney General
P.O. Box 12548 (MC 009)
Austin, Texas 78711-2548
Tel.: (512) 936-2266
Fax: (512) 936-0545
eric.hudson@oag.texas.gov
*Counsel for the State of Texas*

PATRICK MORRISEY
  West Virginia Attorney General
Lindsay S. See*
  Solicitor General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Lindsay.s.see@wvago.gov
*Counsel for the State of West Virginia*

BRIDGET HILL
  Attorney General of Wyoming
James Kaste*
  Deputy Attorney General
Travis Jordan*
  Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov
travis.jordan@wyo.gov

*Admitted Pro Hac Vice*
**Motion for Pro Hac Vice admission forthcoming*