UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-01074** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

## ORDER

Before the Court is a "Plaintiff States' Consent Motion to Reset Hearing" (Doc. 77) wherein Plaintiff States move to continue the hearing on the Motion to Dismiss for Lack of Jurisdiction and the Motion for Preliminary Injunction on December 2, 2021 until December 7, 2021. Finding good cause to continue the hearing,

**IT IS ORDERED** that motion is GRANTED; the hearing is CONTINUED and RESET for **December 7, 2021, at 1:30 p.m. at the Federal Courthouse in Lafayette, Louisiana in Courtroom #4.**

**THUS DONE AND SIGNED** in Chambers on this 21st day or September, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE