THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA,<br>By and through its Attorney General,<br>JEFF LANDRY, et al.,<br><div align="right">PLAINTIFFS,</div><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; et al.,<br><div align="right">DEFENDANTS.</div> | CIVIL ACTION NO. 2:21-cv-1074-JDC-KK |

## JOINT MOTION FOR A TELEPHONIC STATUS CONFERENCE

Plaintiffs and Defendants jointly and respectfully request a telephonic status conference to discuss the upcoming December 7, 2021 hearing on Defendants' Motion to Dismiss (Doc. 31) and Plaintiffs' Motion for a Preliminary Injunction (Doc. 53). In support of this request, the parties offer the following:

1. Counsel for all parties recently conferred telephonically to discuss logistics for the upcoming December 7, 2021 hearing before this Honorable Court.

2. The parties have agreed to propose the following presentation schedule and breakdown of argument to this Court:

- Plaintiffs (Attorney 1) – 30 minutes on jurisdiction (i.e., standing, ripeness, final agency action)
- Defendants (Attorney 2) – 30 minutes on jurisdiction
- Plaintiffs (Attorney 3) – 30 minutes on the merits and other miscellaneous issues (e.g., APA claims, *ultra vires* claims, preliminary-injunction factors, scope of relief, etc.)
- Defendants (Attorney 4) – 30 minutes on the merits and other miscellaneous

    issues

  3.  Plaintiffs reserve the right to allocate a portion of their time for rebuttal.

  4.  The parties agree that this presentation breakdown will avoid unnecessarily duplicative argument that might otherwise occur if the parties argued each pending motion separately.

  For these reasons, the parties jointly and respectfully request a telephonic status conference to discuss their proposal and any other logistical issues in advance of the December 7, 2021 hearing before this Honorable Court. In the alternative, should the Court determine that a status conference is unnecessary, the parties respectfully request an order adopting the parties' proposed presentation schedule.

Dated: November 22, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ *Elizabeth B. Murrill* | /s/ *Stephen M. Pezzi* |

| | |
|---|---|
| JEFF LANDRY<br>Attorney General<br>ELIZABETH B. MURRILL (LSBN 20685)<br>  Solicitor General<br>JOSEPH S. ST. JOHN (LSBN 36682)<br>  Deputy Solicitor General<br>BENJAMIN WALLACE (LSBN 39516)<br>  Assistant Solicitor General<br>LOUISIANA DEPARTMENT OF JUSTICE<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov<br>wallaceb@ag.louisiana.gov<br><br>TYLER R. GREEN<br>DANIEL SHAPIRO<br>CONSOVOY MCCARTHY PLLC<br>222 S. Main Street, 5th Floor<br>Salt Lake City, UT 84101<br>(703) 243-9423<br><br>*Counsel for Plaintiff States* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>ALEXANDER C. VAN HOOK<br>Acting United States Attorney<br><br>ERIC WOMACK<br>Assistant Branch Director<br>Federal Programs Branch<br><br>STEPHEN M. PEZZI<br>CODY T. KNAPP<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 305-8576<br>Email: stephen.pezzi@usdoj.gov<br>Email: cody.t.knapp@usdoj.gov<br><br>*Attorneys for Defendants* |