UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-01074** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

## ORDER

Considering the "Joint Motion for a Telephonic Status Conference" (Doc. 79), the Court finds that the parties' agreed presentation schedule and breakdown of argument to this Court for the Hearing currently set for December 7, 2021 is well taken. Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED** to the extent that the Hearing shall be conducted as follows:

- Plaintiffs (Attorney 1) – 30 minutes on jurisdiction

- Defendants (Attorney 2) – 30 minutes on jurisdiction

- Plaintiffs (Attorney 3) – 30 minutes on the merits and other miscellaneous issues (*e.g.* APA claims, *ultra vires* claims, preliminary injunction, scope of relief, etc.)

- Defendants (Attorney 4) – 30 minutes on the merits and other miscellaneous issues.

Plaintiffs have a right to allocate a portion of their time for rebuttal.

**IT IS FURTHER ORDERED** that the motion for a telephone conference is hereby **DENIED** as unnecessary.

**THUS DONE AND SIGNED** in Chambers this 23rd day of November, 2021.

*[signature]*

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE