UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION
(Held in Lafayette)

**STATE OF LOUISIANA ET AL**          **CASE NO.  2:21-CV-01074**

**VERSUS**                            **JUDGE JAMES D. CAIN, JR.**

**JOSEPH R BIDEN JR ET AL**           **MAGISTRATE JUDGE KAY**

**MINUTES OF COURT:**
**Motion Hearing**

| Date: | 12/7/2021 | Presiding: Judge James D. Cain, Jr. | |
|---|---|---|---|
| Court Opened: | 1:32 PM | Courtroom Deputy: | Tina Benoit |
| Court Adjourned: | 2:56 PM | Court Reporter: | D D Juranka |
| Statistical Time: | 1/24 | Courtroom: | CR4 |

**APPEARANCES**

| Elizabeth Baker Murrill; Benjamin William Wallace; Joseph Scott St. John; Daniel Joseph Shapiro; Tyler R Green  (RET) | For | Plaintiffs |
|---|---|---|
| Stephen Michael Pezzi; Cody Taylor Knapp  (RET) | For | Defendants |

**PROCEEDINGS**

This matter was called for hearing on  [31] MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss For Failure to State a Claim by U S Dept of Agriculture, Xavier Becerra, Joseph R Biden, Jr, Pete Buttigieg, Jack Danielson, Brian Deese, U S Dept of Energy, U S Environmental Protection Agency, Jennifer Granholm, Deb Haaland, Interagency Working Group on Social Cost of Greenhouse Gases, U S Dept of Interior, Kei Koizumi, Brenda Mallory, Gina McCarthy, National Highway Traffic Safety Administration, Gina Raimondo, Michael S Regan, Cecilia Rouse, U S Dept of Transportation, Tom Vilsack, Janet Yellen, Shalanda Young;

and

[53] MOTION for Preliminary Injunction by State of Alabama, State of Florida, State of Georgia, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of South Dakota, State of Texas, State of West Virginia, State of Wyoming.

After hearing argument of counsel, the motions were taken under advisement.