UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-01074** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

## ORDER

The Court held oral arguments on December 7, 2021. The Court would like for the parties to address its concern regarding the Plaintiff States allegation of a concrete injury. Accordingly,

It is ordered that the parties file no later than January 7, 2022 memoranda to specifically address and/or submit evidence of agency use of the interim estimates as well as specific evidence of the interim estimates actually being utilized.

It is further ordered that Defendants provide to the Court the current status of the final estimates ordered by President Biden to be issued in January 2022 and the proposed date the final estimates will be finalized.

It is further ordered that the parties file no later than January 7, 2022 memoranda as to the President's authority to issue Executive Order 13990 including the Major Questions Doctrine.

**THUS DONE AND SIGNED** in Chambers on this 9th day of December, 2021.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**