## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

THE STATE OF LOUISIANA, *et al.*,

        Plaintiffs,

    v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,

        Defendants.

Case No. 2:21-cv-01074-JDC-KK

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Defendants respectfully request a 14-day extension of time to file the supplemental memorandum recently ordered by this Court. As good cause for this request, Defendants offer the following:

1.      The Court recently held oral argument on both pending motions in this matter: Defendants' motion to dismiss, ECF No. 31, and Plaintiffs' motion for a preliminary injunction, ECF No. 53. *See* Dec. 7, 2021 Minutes of Court, ECF No. 81.

2.      On December 9, 2021, the Court issued an order requiring supplemental briefing from the parties in order "to address its concern regarding the Plaintiff States allegation of a concrete injury." Dec. 9, 2021 Order, ECF No. 82. In particular, the Court ordered further briefing on the following three subjects: (1) "agency use of the interim estimates," (2) "the current status of the final estimates ordered by President Biden to be issued in January 2022 and the proposed date the final estimates will be finalized," and (3) "the President's authority to issue Executive Order 13990 including the Major Questions Doctrine." *Id.*

3.     The Court set a deadline of January 7, 2022.  *Id.*

4.     Defendants respectfully request a brief period of additional time—that is, fourteen days, up to and including January 21, 2022—to prepare and file their supplemental memorandum.

5.     The additional time is necessary to accommodate pre-existing professional and personal obligations of Defendants' counsel.  Defendants' counsel have several pre-existing litigation deadlines between now and January 7, including multiple significant, substantive briefs.  In addition, between December 23 and January 3, Defendants' counsel have pre-existing personal and family obligations related to the upcoming holidays.

6.     The additional time is also necessary to allow for conferral with all interested components of the Executive Branch regarding the questions posed by this Court, particularly given the likelihood that some of the relevant officials will also be taking leave shortly before the current filing deadline.

7.     For these reasons, Defendants respectfully request that the deadline for their supplemental memorandum be extended by 14 days, to January 21, 2022.

8.     A proposed order is attached.

## LOCAL RULE 7.9 CERTIFICATION

Before filing this motion, counsel for Defendants conferred with counsel for Plaintiffs, who reported their position as follows: "Plaintiff States oppose Defendants' request for an extension."

Dated: December 13, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER C. VAN HOOK
Acting United States Attorney

ERIC WOMACK
Assistant Branch Director
Federal Programs Branch

/s/   *Stephen M. Pezzi*
STEPHEN M. PEZZI
CODY T. KNAPP
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Email: cody.t.knapp@usdoj.gov

*Attorneys for Defendants*