**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-01074-JDC-KK |

## ORDER

Upon consideration of Defendants' motion for an extension of time, and the entire record herein, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall file their supplemental memorandum on or before January 21, 2022.

**SIGNED** and **ORDERED** in Chambers on this 15th day of December, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**