IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al.,<br>PLAINTIFFS,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; et al.,<br>DEFENDANTS. | CIVIL ACTION NO. 2:21-cv-1074-JDC-KK |

### ORDER

Considering Plaintiffs' Unopposed Motion for an Extension of Time,

**IT IS ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the deadline for Plaintiffs' post-hearing supplemental briefing (*see* Doc. 82) is hereby **EXTENDED** and **RESET** to Jan. 21, 2021.

**THUS DONE AND SIGNED** in Chambers on this 28th day of December, 2021.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**