# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-01074-JDC-KK |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants in this case hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's February 11, 2022 Memorandum Ruling (ECF No. 98) and Order (ECF No. 99) granting Plaintiffs' motion for preliminary injunction.

Dated: February 19, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

BRANDON BONAPARTE BROWN
United States Attorney

ERIC WOMACK
Assistant Branch Director
Federal Programs Branch

/s/  *Cody T. Knapp*
JULIA A. HEIMAN
STEPHEN M. PEZZI
CODY T. KNAPP
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Email:  julia.heiman@usdoj.gov
Email: stephen.pezzi@usdoj.gov
Email: cody.t.knapp@usdoj.gov

*Attorneys for Defendants*