IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br>                                  PLAINTIFFS, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; et al., <br>                                 DEFENDANTS. | CIVIL ACTION NO. 2:21-CV-1074-JDC-KK |

**PLAINTIFF STATES' OPPOSITION TO DEFENDANTS' MOTION FOR OVER-LENGTH BRIEF**

Plaintiff States respectfully oppose Defendants' motion, Doc. 103, to file an over-length brief.[1] Defendants' only reason for increasing the page limit is that "[t]he additional pages would further the parties' and the Court's shared interest in ensuring that the issues involved in this important matter are adequately and thoroughly presented." Doc. 103 ¶7. But Defendants have had the opportunity to file several extensive briefs, including the post-hearing supplemental brief ordered by the Court. Specifically, Defendants filed a fifty-page memorandum in support of their motion to dismiss, Doc. 31-1, a twenty-five page reply in support of their motion to dismiss, Doc. 67, a forty-eight page memorandum in opposition to Plaintiff States' preliminary injunction motion, Doc. 68, and a seventeen page supplemental memorandum addressing standing and the major questions doctrine, Doc. 95. Particularly given the overlap of the stay factors with the preliminary injunction factors and the hundreds of pages of briefing already filed, there is no need for thirty-seven pages of duplicative briefing. Twenty-five is sufficient.

---

[1] Plaintiffs also oppose the stay motion and will file in the ordinary course a separate brief opposing that motion.

- 2 -

                                                          Respectfully submitted,

Dated: February 22, 2022                  /s/ Elizabeth B. Murrill

JEFF LANDRY
Attorney General
ELIZABETH B. MURRILL (LSBN 20685)
  Solicitor General
JOSEPH S. ST. JOHN (LSBN 36682)
  Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov

TYLER R. GREEN
DANIEL SHAPIRO
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423

*Counsel for Plaintiff States*