UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-01074-JDC-KK |

## NOTICE

Defendants respectfully submit this notice to inform the Plaintiffs and the Court that, earlier today, Defendants filed a motion for a stay pending appeal with the U.S. Court of Appeals for the Fifth Circuit. The as-filed version of that motion is attached to this notice as Exhibit 1.

Dated: March 1, 2022          Respectfully submitted,

                                                 BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

BRANDON BONAPARTE BROWN
United States Attorney

ERIC WOMACK
Assistant Branch Director
Federal Programs Branch

<u>/s/ *Stephen M. Pezzi*</u>
JULIA A. HEIMAN
STEPHEN M. PEZZI
CODY T. KNAPP
Trial Attorneys
United States Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Email: julia.heiman@usdoj.gov
Email: stephen.pezzi@usdoj.gov
Email: cody.t.knapp@usdoj.gov

*Attorneys for Defendants*